

**BIS**    **BARNES IACCARINO & SHEPHERD LLP**

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

*Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: MAR 16 2020*

VIA ECF & OVERNIGHT DELIVERY
Honorable George B. Daniels, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

March 13, 2020

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAR 16 2020

Re:    Drywall Tapers and Pointers of Greater New York Local Union 1974, et al. v. Inniss Construction Inc.

Case No.:    1:20-cv-00088 (GBD)

Dear Judge Daniels,

     This firm represents Petitioners Drywall Tapers and Pointers of Greater New York Local Union 1974, et al. in the above referenced matter. An initial pretrial conference has been scheduled for April 2, 2020 at 9:30am. Respondent has not entered an appearance in this matter. Accordingly, Petitioners will be filing a motion for default judgment with the Court. In light of these circumstances, Petitioners respectfully request an adjournment of the scheduled April 2nd conference sine die.

     No prior requests for an adjournment of a conference have been made in this matter.

Respectfully yours,

*/s/ Lauren Kugielska*
Lauren M. Kugielska