UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO and Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds,<br>　　　　　Petitioners,<br><br>　　　-against-<br><br><br>Inniss Construction Inc.,<br><br><br>　　　　　Respondent. | Index No.: 20-cv-00088 (GBD)<br>DEFAULT JUDGMENT |

---

This action having been commenced on January 6, 2020 by the filing of the Petition, and the filing of a Summons on January 8, 2020, and a copy of the Summons and Petition having been served on the Respondent, Inniss Construction Inc., on January 8, 2020 via New York's Secretary of State and said Proof of Service having been filed with the Clerk of the Court on January 14, 2020 and the Respondent not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Petitioners have judgment against Respondent in the liquidated amount of $16,243.64, which includes the following: amount of Award in the sum of 11,961.64, attorneys' fees in the sum of $3,810.00, and court costs and disbursements of this action in the sum of $472.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Petitioners be entered as a final judgment against Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York
                _____, 2020
MAR 1 7 2020

                                   So Ordered:

                                   _____
                                   Honorable George B. Daniels, U.S.D.J.